PRO SE GUIDE

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

DEC 1 0 2024

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

Christopher W Richard

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Ohio Club Bar
Hot Springs AR

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 6:24-6161

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
*(check one)*

14

PRO SE GUIDE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name _Christopher Wynn Richard_

Street Address _22 | Meadowlark_

City and County _Cabot   AR   72023_

State and Zip Code

Telephone Number _501-628-8436_

E-mail Address _ChrisRichard8118@.6-Mor_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint.
whether the defendant is an individual, a government agency, an organization, or
a corporation. For an individual defendant, include the person's job or title (if
known). Attach additional pages if needed.

Defendant No. 1

Name _Ohio Club Bar_

Job or Title
(if known) _Cook and Manager_

Street Address _Central Street_

City and County _Hot Springs_

State and Zip Code _AR   72023_

Telephone Number

E-mail Address
(if known)

Defendant No. 2

Name

Job or Title
(if known)

Street Address

City and County

PRO SE GUIDE

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *50,000*

*Pain and suffering from Ribs and Hand from Being Assulted Asking $50,000 and Caused me to go to Jail when I Called 911 I Lost my New Apartment and Job Cops never Even Talk to the Guy who Hurt me, only the cook and Cops took me to Jail they Retoleated on me Case of My Foston District Case#4:24-cv-972-LPR Case I was Celerbrating It for living through Everything I'm going through they still trying to kill me*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-9 , 2024

Signature of Plaintiff

Printed Name of Plaintiff *Christopher W Richard*

Address of Plaintiff *22 Meadowlark*
*Cabot AR 72023*

Telephone Number

34

PRO SE GUIDE

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Retoloton Being Done to me by othe Goverment officals
Caise of Eardern District Cose # 4:24-CV-00972-LPR
and people Have tryed to Kill Me 3x Now

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Christophe W Rchord is a citizen of the State of *(name)* USA

b.     If the plaintiff is a corporation

The plaintiff, *(name)* Christopher Rchod, is incorporated under the laws of the State or *(name)* Arconsos, and has its principal place of business in the State of *(name)* USA.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* Ohio Bar Club, is a citizen of the State of *(name)* USA. *Or* is a citizen of *(foreign nation)* USA.

Ohio Club Bar Would Not Give Me Names

17