IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER W. RICHARD                                              PLAINTIFF

v.                              Case No. 6:24-cv-6161

OHIO CLUB                                                            DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 22, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's order to file an addendum to the complaint.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge